# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KATHERINE M. ATKINS and ZANE FULTON, individually and on behalf of all others similar situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEXTLEVEL ASSOCIATION SOLUTIONS, INC. d/b/a HOMEWISEDOCS.COM, and REALMANAGE LLC d/b/a AMERICAN COMMUNITY MANAGEMENT,<br><br>Defendants | Case No. 1:22-cv-00997<br><br>Hon. Gary Feinerman |

## UNOPPOSED JOINT MOTION TO STAY PENDING ILLINOIS SUPREME COURT RULING

NOW COME Defendants, Realmanage LLC d/b/a American Community Management ("RealManage") by its attorneys, Wilson Elser Moskowitz Edelman & Dicker LLP, and Nextlevel Association Solutions, Inc. d/b/a HomeWiseDocs.com ("HomeWise"), by its attorneys, Jones Day, and for their Joint Motion to Stay this Litigation Pending an Illinois Supreme Court Ruling in *Channon v. Westward Management*, hereby move this Court to enter an ORDER staying this litigation pursuant to the bases and authorities supporting this Motion provided in the contemporaneously filed Memorandum in Support of Unopposed Joint Motion to Stay Pending Illinois Supreme Court Ruling, which is hereby fully incorporated by reference. Counsel for RealManage conferred with counsel for Plaintiffs, and Plaintiffs do not oppose the requested relief.

Dated:  April 22, 2022

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| **NextLevel Association Solutions, Inc. d/b/a HomeWiseDocs.Com** | **RealManage LLC d/b/a American Community Management** |
| /s/ *Alexander W. Prunka* | /s/ *Kimberly E. Blair* |

Philip M. Oliss
Alexander W. Prunka (*pro hac vice*)
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
Email: poliss@jonesday.com
Email: aprunka@jonesday.com

Paula S. Quist
JONES DAY
77 West Wacker Drive
Suite 3500
Chicago, Illinois 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
Email: pquist@jonesday.com

RealManage column:

Kimberly E. Blair (ARDC No. #6272934)
Wilson Elser Moskowitz Edelman and Dicker LLP
55 W. Monroe St.; Suite 3800
Chicago, Illinois 60603
T: (312) 821-6139
F: (312) 704-1522
Kimberly.blair@wilsonelser.com
*Attorney for Defendant Realmanage LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on _April 22__, 2022, I caused the foregoing **Defendants' Motion to Stay** to be served via ECF filing and via email to the following:

*Attorneys for NextLevel Ass'n/HomeWise*

Philip M. Oliss
Alexander W. Prunka
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone:   (216) 586-3939
Facsimile:    (216) 579-0212
Email: poliss@jonesday.com
Email: aprunka@jonesday.com

Paula S. Quist
JONES DAY
77 West Wacker Drive
Suite 3500
Chicago, Illinois 60601
Telephone:   (312) 782-3939
Facsimile:    (312) 782-8585
Email: pquist@jonesday.com

*Attorneys for Plaintiffs*
Thomas A. Zimmerman, Jr.
tom@attorneyzim.com
Sharon A. Harris
sharon@attorneyzim.com
Matthew C. De Re
matt@attorneyzim.com
Jeffrey D. Blake
jeff@attorneyzim.com
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
(312) 440-0020 telephone
(312) 440-4180 facsimile

Rusty Payton
Payton Legal Group
20 North Clark Street, Suite 3300
Chicago, Illinois 60602
(773) 682-5210
info@payton.legal

Arthur C. Czaja
Law Office of Arthur C. Czaja
7521 N. Milwaukee Ave.
Niles, IL 60714
(847) 647-2106
arthur@czajalawoffices.com

Joseph S. Davidson
Law Offices of Joseph P. Doyle LLC
105 South Roselle Road, Suite 203
Schaumburg, Illinois 60193
(847) 985-1100
jdavidson@fightbills.com

/s/ Kimberly E. Blair